UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 28, 2017

MEMO TO COUNSEL RE: The Betor Corporation v. Wooden Shoe, et al.
Civil No. JFM-17-78

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant David Sabot's motion to dismiss for lack of personal jurisdiction and defendant Charles Macsherry's motion to dismiss the complaint for failure to state a claim. Both motions (documents 11 and 14) are denied without prejudice to defendants reraising the same issues by way of a motion for summary judgment at the conclusion of discovery.

A conference call will be held on __May 11, 2017__ at __10:00__ a.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 APR 28 PH 2:54
CLERK'S OFFICE
AT BALTIMORE
BY_____ DY